# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| JANE DOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:19-cv-00166-P |
| | § | |
| CITY OF SPRINGTOWN, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court are the Findings, Conclusions, and Recommendation ("FCR") of the United States Magistrate Judge (ECF No. 26), filed August 26, 2019; Defendant Springtown Independent School District's ("SISD") Objections thereto (ECF No. 28), filed September 5, 2019; Defendant City of Springtown's ("City") Objections thereto (ECF No. 29), filed September 6, 2019; and Plaintiff Jane Doe's Objections thereto (ECF No. 35), filed September 12, 2019.

Following a de novo review of the FCR, the parties' objections, applicable law, and all relevant matters in the record of this case, and in light of the filing of Plaintiff's First Amended Complaint (ECF No. 33), the Court **OVERRULES** Plaintiff's and Defendants' Objections regarding the Magistrate Judge's Findings and Conclusions and **ACCEPTS** the Recommendation of the Magistrate Judge that the motions to dismiss be denied as moot if Plaintiff timely filed an amended complaint.

Therefore, it is **ORDERED** that City's and SIDS's motions to dismiss (ECF Nos. 2, 6) are hereby **DENIED as moot**.

**SO ORDERED** on this **1st day** of **November, 2019**.

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE